UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KARL LANDRY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-6070** |
| **MARLIN N. GUSMAN, ET AL.** | **SECTION "I"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Karl Landry, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 11th day of January, 2016.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE